# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| JOYCE ABRAMS ROSS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case: Civil No. 0:07-cv-04107-ADM-LIB |
| PLAINTIFFS, | | |
| v. | | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | | |
| DEFENDANT. | | |

## ORDER FOR TRANSFER OF VENUE

Pursuant to the Joint Stipulation to Transfer Venue on file with this Court, and based upon the facts stated therein, venue of this case is hereby transferred to the United States District Court for the District of South Carolina.

Dated: August 15, 2014    BY THE COURT:

s/Ann D. Montgomery

_____
Hon. Ann D. Montgomery
Judge of the above-named Court